UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY T. STALEY,

                            Plaintiff,

            -against-

NAVY FEDERAL CREDIT UNION,

                            Defendant.

24-cv-8265 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the November 3, 2025, order, Plaintiff's amended complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting. 28 U.S.C. § 1367.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 4, 2025
              New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                   Chief United States District Judge